# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| RAVIN MEDICAL EQUIPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO: 3:23-cv-540** |
| | ) | |
| VENUS CONCEPT USA INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Venus Concept USA Inc., (hereafter "Venus") hereby removes Case No. 23-CVS-12903 from the Superior Court for Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, and as grounds for its removal states as follows:

### Statement of the Case

1. July 26, 2023, Ravin Medical Equipment, LLC, filed a Complaint in the Superior Court for Mecklenburg County, North Carolina styled *Ravin Medical Equipment, LLC v. Venus Concept USA Inc.,* Case No. 23-CVS-12903 (the "State Court Action"). A copy of the Complaint is attached as **Exhibit A** hereto.

3. In this action, Plaintiff alleges claims for Breach of Contract, Negligent Misrepresentation, Fraud in the Inducement, and Violations of the North Carolina Unfair and Deceptive Trade Practices Act under N.C. Gen Stat §75-1.1 et seq. (See **Exhibit A** at ¶¶ 48-85).

## Diversity Jurisdiction

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a) because the amount in dispute exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, and the suit is between citizens of different states. Accordingly, this action may be removed to this court pursuant to 28 U.S.C. §1441(a).

5. Plaintiff's Complaint seeks to recover an amount in excess of twenty-five thousand dollars ($25,000.00) for Breach of Contract, an amount in excess of twenty-five thousand dollars ($25,000.00) for Negligent Misrepresentation, an amount in excess of twenty-five thousand dollars ($25,000.00) for Fraud in the Inducement, and an amount in excess of twenty-five thousand dollars ($25,000.00) for violation of the North Carolina Unfair and Deceptive Trade Practices Act. Plaintiff further seeks treble damages, attorney's fees and punitive damages pursuant to N.C. Gen. Stat. § 75-1.1 *et seq*. As the amount in controversy exceeds seventy-five thousand dollars, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

6. Plaintiff is a limited liability company organized and existing under the laws of the State of North Carolina, with a principal place of business in Mecklenburg County North Carolina. Defendant Venus is a corporation formed and existing under the laws of the State of Delaware, with its principal place of business located in Weston, Florida. The parties are diverse, so the diversity requirement of 28 U.S.C. § 1332(a) is satisfied.

## All Procedural Requirements for Removal Have Been Satisfied

7. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Venus are being filed with this Notice of Removal.

8. This Notice of Removal has been filed within 30 days of the date that Venus was served with the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Western District of North Carolina is the federal judicial district embracing the Superior Court for Mecklenburg County, North Carolina, where the State Court Action was originally filed and is currently pending.

10. Defendant will file and serve notice of this removal as required by 28 U.S.C. § 1446(d).

## Conclusion

By this Notice of Removal, Defendant does not waive any objections it may have as to jurisdiction or venue, or any other defenses or objections that it may have to this action. Defendant intends no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

Respectfully submitted this 28th day of August, 2023.

/s/ Philip Hinson
NC Bar No. 42907
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, NC 28277
Phone: 704-926-3758
Fax: 704-557-9932
Philip.Hinson@lewisbrisbois.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "NOTICE OF REMOVAL" in the above-captioned proceeding has been served this by first class mail, postage prepaid upon the following:

>Martin L. White
>David E. Stevens
>Johnston, Allison & Hord, P.A.
>Post Office Box 36469
>Charlotte, North Carolina 28236
>
>Michael L. Wilson
>929 Jay Street, Suite 100
>Charlotte, NC 28208

This the 28th day of August, 2023.

/s/ Philip A. Hinson